IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:26-CV-00245-M

| | |
|---|---|
| TAVIA KING, <br><br> *Plaintiff* <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES LLC, EQUIFAX INC., NATIONAL CREDIT SYSTEMS, INC., <br><br> *Defendants.* | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO NATIONAL CREDIT SYSTEMS, INC. and EQUIFAX INC.** |

**NOW COMES** the Plaintiff, by and through undersigned counsel of record, who before filing of an Answer by EQUIFAX INC. and NATIONAL CREDIT SYSTEMS, INC., voluntary dismiss without prejudice EQUIFAX INC. and NATIONAL CREDIT SYSTEMS, INC. This Notice **does not** dismiss any claims against EQUIFAX INFORMATION SERVICES LLC.

Respectfully submitted this, the 3rd day of June, 2026.

**BUCKMILLER & FROST, PLLC**

BY:   s/Matt Buckmiller
MATTHEW BUCKMILLER (NCSB No. 35194)
mbuckmiller@bbflawfirm.com
4700 Six Forks Road, Suite 150
Raleigh, North Carolina 27609
Telephone: (919) 296-5040
Telefax:    (919) 977-7101
Counsel for Plaintiff

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have this day filed a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO NATIONAL CREDIT SYSTEMS, INC. and EQUIFAX INC.** with the Clerk of Court for the United States District Court for the Eastern District of North Carolina, and served the following parties via CM/ECF transmission as indicated:

Vincent Smolczynski
Seyfarth Shaw LLP
300 S. Tryon Street, Ste. 400
Charlotte NC 28202
*Counsel for Defendants Equifax Inc. and*
*Equifax Information Services LLC*

National Credit Systems, Inc.
c/o CT Corporation System, Registered Agent
150 Fayetteville Street
Raleigh NC 27601

Executed this, the 3rd day of June, 2026.

**BUCKMILLER & FROST, PLLC**

BY:    s/Matt Buckmiller
MATTHEW BUCKMILLER (NCSB No. 35194)
mbuckmiller@bbflawfirm.com
4700 Six Forks Road, Suite 150
Raleigh, North Carolina 27609
Telephone: (919) 296-5040
Telefax:    (919) 977-7101
Counsel for Plaintiff

2