IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:26-CV-00245-M

|  |  |
|---|---|
| TAVIA KING,<br><br>_Plaintiff_<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, EQUIFAX INC., NATIONAL CREDIT SYSTEMS, INC.,<br><br>_Defendants._ | **JOINT STIPULATION OF DISMISSAL** |

**NOW COME** TAVIA KING and EQUIFAX INC., by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss without prejudice, all claims asserted against EQUIFAX INC.

Respectfully submitted this, the 19th day of June, 2026.

**BUCKMILLER & FROST PLLC**

BY: s/Matthew W. Buckmiller
MATTHEW W. BUCKMILLER
NCSB No. 35194
mbuckmiller@bbflawfirm.com
4700 Six Forks Road, Suite 150
Raleigh, North Carolina 27609
T: (919) 296-5040
F: (919) 977-7101
Counsel for Plaintiff

**Signed by Counsel for Equifax Inc.**

SEYFARTH SHAW LLP

By: s/Vincent Smolczynski
Vincent Smolczynski,
_Attorney for Equifax Inc._

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have this day filed a copy of the foregoing **JOINT STIPULATION OF DISMISSAL** with the Clerk of Court for the United States District Court for the Eastern District of North Carolina, and served the following parties via CM/ECF transmission as indicated:

> Vincent Smolczynski
> Seyfarth Shaw LLP
> 300 S. Tryon Street, Ste. 400
> Charlotte NC 28202
> *Counsel for Defendants Equifax Inc. and*
> *Equifax Information Services LLC*

Executed the 19th day of June, 2026.

**BUCKMILLER & FROST, PLLC**

BY:    s/Matt Buckmiller
MATTHEW BUCKMILLER (NCSB No. 35194)
mbuckmiller@bbflawfirm.com
4700 Six Forks Road, Suite 150
Raleigh, North Carolina 27609
Telephone: (919) 296-5040
Telefax:    (919) 977-7101
Counsel for Plaintiff

2